UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA                    CRIMINAL NO. 1:00CR10402

v.

Benito Rivera

STANDING PROCEDURAL ORDER

If the U. S. Probation Office, District of Massachusetts, is notified by BI Monitoring, Inc. that a signal from the electronic monitor indicating flight (on an offender who has been released on bail conditions) has been received, and a telephone call has confirmed flight, it shall notify the U. S. Marshals for the District of Massachusetts. The Marshals, pursuant to this Order, shall initiate a fugitive investigation to apprehend the defendant. In such a circumstance, the U. S. Marshals shall notify the Court no later than the next business day of the initiation of the fugitive investigation and obtain a formal arrest warrant for violation of conditions of release.

SO ORDERED.

_Judith Gail Dein_
U. S. Magistrate Judge

_4/1/08_
Date